[Cite as *05/20/2002 Case Announcements,* 2002-Ohio-2354.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 20, 2002*

## MOTIONS AND PROCEDURAL RULINGS

2002–0371. State v. Liles.

Huron App. Nos. H–00–014 and H–00–019, 2001-Ohio-2689. On May 10, 2002, this court dismissed this case for want of prosecution because appellant did not file a memorandum in support of jurisdiction. It has come to the court's attention that appellant was not served a copy of this court's April 3, 2002 entry granting his motion for delayed appeal at the correct address. Therefore,

IT IS ORDERED by the court, sua sponte, that the entry dismissing this cause for want of prosecution be, and hereby is, vacated.

IT IS FURTHER ORDERED by the court that appellant's memorandum in support of jurisdiction is due thirty days from the date of this entry.

2002–0410. State v. Eakin.

Licking App. No. 01CA00087. On May 13, 2002, appellant filed an application for dismissal of this case. Appellant's application does not contain a proof of service that complies with the requirements of S.Ct.Prac.R. XIV(2)(C). Accordingly,

IT IS ORDERED by the court, sua sponte, that appellant's application for dismissal be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS